IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GREGORY HALPRIN, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 5:13-CV-1042-RP |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court in the above-entitled matter is Defendant Mauro Padilla's Motion for Leave to Plead Counterclaim and for Joinder of Claims, (Dkt. 327).

On September 21, 2017, the Court entered a Scheduling Order providing that parties seeking to amend or supplement pleadings or join additional parties were required to do so on or before November 15, 2017. (Sched. Order, Dkt. 249, ¶ 4). The instant motion was not filed until June 20, 2018—well after the applicable deadline, and only 20 days before trial. (*See* Mot. Leave, Dkt. 327).

Defendant is proceeding *pro se*, and the Court must therefore construe his pleadings liberally. *Grant v. Cuellar*, 59 F.3d 523, 524 (5th Cir. 1995). However, "[t]he right of self-representation does not exempt a party from compliance with relevant rules of procedural and substantive law." *Birl v. Estelle*, 660 F.2d 592, 593 (5th Cir. 1981). Defendant's motion, (Dkt. 327), is therefore **DENIED**.

**SIGNED** on July 5, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE